ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7196
FAX: (415) 436-7234
Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

FILED

APR 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 16-CR-407 LB |
| Plaintiff, | NOTICE OF DISMISSAL AND [PROPOSED] ORDER GRANTING LEAVE TO DISMISS THE INFORMATION |
| v. | |
| TANNER ROWE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the Acting United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED:   April 25, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____
HALLIE M. HOFFMAN
Chief of the General Crimes Section

NOTICE OF DISMISSAL (CR 16-407 LB)

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the Information.

IT IS SO ORDERED.

DATED: April 26, 2018

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 16-407 LB)